# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOVICHI, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, et al. <br><br> Defendants. | Case No.: 1:19-cv-00725 LJO JLT <br><br> ORDER GRANTING STIPULATION ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT <br><br> (Doc. 8) |

The parties have stipulated to allow the plaintiff to file a first amended complaint. Thus, the Court **ORDERS**:

1. The plaintiff may file his first amended complaint, if at all, within three court days;

2. The defense SHALL file a responsive pleading, without further service of process, within 14 days thereafter.


IT IS SO ORDERED.

Dated: __July 31, 2019__          __/s/ Jennifer L. Thurston__
                                                    UNITED STATES MAGISTRATE JUDGE