DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
JOSEPH WHITTINGTON, ESQ., SBN 295516
**RODRIGUEZ & ASSOCIATES,**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA 93301
PHONE (661) 323-1400  FAX (661) 323-0132

Attorneys for Plaintiff
JOHN DOVICHI

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOVICHI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT VENABLE; and DOES 1 to 100,<br>　　　　　Defendants. | Case No: 1:19-CV-00725-LJO-JLT<br><br>**ORDER GRANTING STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT**<br>**(Doc 22)** |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto.

　　　IT IS ALSO STIPULATED that the Defendant Venable waives notice and service of the Second Amended Complaint.

IT IS FURTHER STIPULATED that Defendant Venable waives notice and service of the Second Amended Complaint and shall not be required to answer the amendment, and that all denials, responses, and affirmative defenses contained in the answer filed by Defendant to the First Amended Complaint shall be responsive to the Second Amended Complaint.

Dated: November 14, 2019                    RODRIGUEZ & ASSOCIATES

                                            By: _____/S/_____
                                                JOSEPH WHITTINGTON
                                                Attorney for Plaintiff

*Authorized on*
Dated: November 13, 2019                    CALIFORNIA DEPARTMENT OF JUSTICE


                                            By: _____/S/_____
                                                ERICK RHOAN
                                                Attorney for Defendant Venable

**ORDER**

Based upon the stipulation of counsel, the Court **ORDERS**:

1. The stipulation of the parties is GRANTED. The plaintiff may file his second amended complaint within three court days;
2. Mr. Venable's answer, which is on file (Doc. 13) is deemed responsive to the second amended complaint.

IT IS SO ORDERED.

Dated: **November 18, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE