XAVIER BECERRA, State Bar No. 118517
Attorney General of California
CATHERINE WOODBRIDGE, State Bar No. 186186
Supervising Deputy Attorney General
ERICK J. RHOAN, State Bar No. 283588
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7363
 Fax: (916) 322-8288
 E-mail: Erick.Rhoan@doj.ca.gov
*Attorneys for Defendant R. Venable*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JOHN DOVICHI,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; ROBERT VENABLE; and DOES I to 100,**<br><br>Defendants. | 1:19-cv-00725-NONE-JLT<br><br>**STIPULATION OF PARTIES TO MODIFY THE COURT'S SEPTEMBER 23, 2019 SCHEDULING ORDER; PROPOSED ORDER** |

Plaintiff, John Dovichi, and Defendant, Robert Venable, by and through their respective counsels of record, enter into this stipulation to modify the Court's September 23, 2019 Scheduling Order. The parties stipulate and agree as follows:

1. The parties seek to continue all dates by ninety-days, all remaining dates in the September 23, 2019 Scheduling Order; or similar dates that are convenient for the Court.

2. As illustrated below, the parties agree good cause exists for the modification of the Scheduling Order and request leave of the Court for the modification, and have diligently sought this continuance.

///

1

3. Defendant Venable has answered the Second Amended Complaint. The parties also appeared at the September 23, 2019 scheduling conference, and thereafter the Court issued its Scheduling Order. In its Order, the court gave the parties several dates by which to conduct discovery and file dispositive motions. The court also set a pre-trial conference for February 2, 2021, and a jury trial for March 30, 2021.

4. Since the scheduling conference, the parties have exchanged initial disclosures and have been conducting written discovery.

5. Beginning on or around January 20, 2020, the parties began discussing the taking of Defendant Venable's deposition along with deposing the arrest team that was present at Plaintiff's arrest on October 20, 2016. After several meet-and-confers, Defendant Venable's and the arrest team's depositions were set for March 16 and 17, 2020, at Plaintiff's counsel's office in Bakersfield, California. Defense counsel then arranged pre-deposition preparation meetings with the deponents in Bakersfield between March 12 and 13, 2020.

6. On March 11, 2020, the World Health Organization declared the then-spreading coronavirus (COVID-19) a global pandemic. The next day, March 12, 2020, the Attorney General's Office directed all of its employees to cancel all non-essential travel through April 2020. Defense counsel was in Bakersfield, California conducting pre-deposition preparation meetings with the deponents when the Attorney General Office's travel ban was imposed.

7. When defense counsel returned to Sacramento, he notified Plaintiff's counsel to cancel the deponent's depositions and to re-scheduled them at a later date to be determined. The parties are currently arranging to take the deponents' depositions in late May or early June 2020. Defense counsel is expecting his first child to be born in late April or early May 2020, however, both his wife and child have compromised immune systems as a result of the pregnancy that did not warrant travel for these depositions. Deponents' depositions will most likely continue via videoconference. Furthermore, when his child is born, defense counsel will take a two-week leave from work to bond with his son. Defense counsel will also be out of the office for the month of August 2020 for paternity leave.

///

2

Stipulation to Modify the Court's 9/23/2019 Scheduling Order (1:19-cv-00725-NONE-JLT)

8. Aside from the deponents' depositions, the depositions of the Plaintiff, and various other eye witnesses may also need to be taken. The arrangements for these depositions will also have to be made in light of the ongoing COVID-19 emergency.

9. Based upon the foregoing, the parties are diligently litigating this matter. However, due to the factors identified above, the parties require additional time to complete discovery.

10. To permit the parties sufficient time to complete discovery, the parties have agreed to extend the following deadlines from the court's September 23, 2019 Scheduling Order:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Non-Expert Discovery | June 26, 2020 | September 24, 2020 |
| Expert Disclosures | July 10, 2020 | October 8, 2020 |
| Rebuttal Expert Disclosures | August 7, 2020 | November 5, 2020 |
| Expert Discovery | August 31, 2020 | November 30, 2020 |
| Non-Dispositive Motions | September 16, 2020 (and heard no later than October 14, 2020) | December 15, 2020 (and heard no later than January 12, 2021) |
| Dispositive Motions | October 28, 2020 (and heard no later than December 9, 2020) | January 26, 2021 (and heard no later than March 9, 2021) |
| Pre-Trial Conference | February 2, 2021 | May 3, 2021 |
| Trial | March 30, 2021 | June 28, 2021 |

11. The other provisions of the September 23, 2019 Scheduling Order shall remain in effect.

///
///
///
///
///

1     IT IS SO STIPULATED.

2   Dated:  April 15, 2020            */s/ Erick J. Rhoan*
3                                          ERICK J. RHOAN
                                         Deputy Attorney General
4                                          *Attorneys for Defendant R. Venable*

5

6   Dated: April 16, 2020             */s/ Joseph Whittington (auth. 4/16/2020)*
                                         JOSEPH WHITTINGTON
7                                          Rodriguez & Associates
                                         *Attorneys for Plaintiff*

8

9   SA2019102796
    33989477.docx
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**~~PROPOSED~~ ORDER**

Based upon the stipulation of counsel and good cause appearing, the court **ORDERS**:

1. The joint stipulation to modify the Court's September 23, 2019 Scheduling Order is **GRANTED**;

2. The case schedule is amended as follows:

   a. The parties shall complete all non-expert discovery no later than September 24, 2020;

   b. Expert disclosures shall be due no later than October 8, 2020;

   c. Rebuttal expert disclosures shall be due no later than November 5, 2020;

   d. The parties shall complete all expert discovery no later than November 30, 2020;

   e. Non-dispositive motions shall be filed no later than December 15, 2020; and shall be heard no later than January 12, 2021.

   f. Dispositive motions shall be filed no later than January 26, 2021; and shall be heard no later than March 9, 2021.

   g. The pre-trial conference shall be re-scheduled to **May 4, 2021**;

   h. The jury trial in this case shall be re-scheduled to start on **June 29, 2021**;

3. All other deadlines and requirements set forth in the Court's September 23, 2019 Scheduling Order remain in effect.

IT IS SO ORDERED.

Dated:   **April 17, 2020**                    /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE