UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DOVICHI,**<br><br>                                     Plaintiff,<br><br>    v.<br><br>**ROBERT VENABLE; and DOES I to 100,**<br><br>                                     Defendants. | CASE NO: 1:19-cv-00725-NONE-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>(Doc. 38) |

    The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 38) Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than June 25, 2021**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **April 26, 2021**                   **_/s/ Jennifer L. Thurston**
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE