1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CATHERINE WOODBRIDGE, State Bar No. 186186
   Supervising Deputy Attorney General
3  ERICK J. RHOAN, State Bar No. 283588
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (559) 705-2310
6   E-mail: Erick.Rhoan@doj.ca.gov
   *Attorneys for Defendant R. Venable*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **JOHN DOVICHI,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; ROBERT VENABLE; and DOES 1 to 100,**<br><br>Defendants. | Case No.: 1:19-cv-00725-NONE-JLT<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATION TO DISMISS ACTION**<br><br>(Doc. 40) |

The parties to this action, plaintiff John Dovichi and defendant Robert Venable, by and through their counsel respectfully request the Court to extend the June 25, 2021, deadline to file a stipulation to dismiss this action by sixty days, up to and including August 24, 2021.

On April 23, 2021, the parties settled this matter with the assistance of a private mediator. On April 26, 2021, Defendant Venable filed a notice of settlement with the Court. (ECF No. 38.) That same day, the Court vacated all pending dates in the litigation, and ordered the parties to file a stipulated dismissal of the matter by June 25, 2021. (ECF No. 39.) Also that same day, counsel for defendant forwarded all settlement documentation to the Department of Motor Vehicles'

1

| | |
|---|---|
| 1 | Legal Affairs Division for processing. All settlement documentation was eventually forwarded to |
| 2 | the California Department of Finance (DOF) on May 13, 2021. |

According to the DOF, settlement claims in the amount settled in this case generally take longer to process and DOF usually takes at least 30 days to process a file for approval. However, there are additional delays beyond control of the parties that will add to this time. These delays stem from it being near the end of the fiscal year and that there is currently no approved budget for the State of California. DOF has not given an indication when it will release settlement funds in this matter. Because of the above-delays, the parties request a sixty-day extension of the June 25, 2021 deadline, to and including august 24, 2021, to file a stipulated dismissal of the action.

The parties have diligently resolved this matter and have forwarded all of the required documentation to the proper agency for payment and processing. At this point, the parties can only wait for DOF to disburse settlement funds.

IT IS SO STIPULATED.

Dated: June 23, 2021         */s/ Erick J. Rhoan*
                             ERICK J. RHOAN
                             Deputy Attorney General
                             *Attorneys for Defendant R. Venable*


Dated: June 23, 2021         */s/ Joseph Whittington (auth. 6/23/2021)*
                             JOSEPH WHITTINGTON
                             Rodriguez & Associates
                             *Attorneys for Plaintiff John Dovichi*

# ~~PROPOSED~~ ORDER

Based upon the stipulation of counsel and good cause appearing, the Court **ORDERS**:

The stipulation to dismiss this action shall be filed by August 24, 2021.

IT IS SO ORDERED.

Dated: __**June 23, 2021**__   _____**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE